BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant STARKS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No.   CR 10-0774 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND  ORDER |
| v. ) | CONTINUING SENTENCING |
| ) | |
| ) | |
| DASHON STARKS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case with respect to Dashon Starks, currently scheduled for Friday, December 3, 2010, at 10:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, January 7, 2011, at 10:00 a.m. for sentencing.  The reason for the continuance is that defense counsel needs additional time to obtain records and documentation in support of sentencing.  In addition, defense counsel is not available on December 17, 2010, and January 7, 2011 is the next available date for sentencing. No probation officer has been assigned to prepare a presentence report because the offense for which

*U S v. Dashon Starks,* CR 10-0774 DLJ;
Stip. Continuing Sentencing                              - 1 -

Mr. Starks will be sentenced by the Court is escape, in violation of 18 U.S.C. §751 after he walked away from the half-way house while serving a federal sentence and a post-sentence report was prepared in connection with the underlying offense.

DATED: 11/30/10    \_\_\_\_/s/_____
JOYCE LEAVITT
Attorney for Kimberly Allen

DATED: 11/30/10    _____/s/_____
JAMES C. MANN
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled for Friday, December 3, 2010, before Honorable D. Lowell Jensen at 10:00 a.m., is hereby continued to **Friday, January 7, 2011, at 10:00 a.m. for sentencing**.

SO ORDERED.

DATED:    _____
HONORABLE D. LOWELL JENSEN
United States District Judge